Wallace A. Brown, appellee, v. Chicago Junction Railway Company and Chicago River & Indiana Railroad Company, appellants. Gen. No. 34,902.

 Opinion filed
October 19, 1931.

Glennon, Cary, Walker & Murray, for appellants; Sidney C. Murray, Marvin A. Jersild and Harold E. Christensen, of counsel. Aaron R. Eppstein, for appellee.

Mr. Justice McSurely delivered the opinion of the court.